# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANK JACKSON

NO. 2023 KW 0492

**JULY 5, 2023**

---

In Re:    Frank Jackson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC 21-04789.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

WIL
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT